**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00462-CV

---

**LEN RAO, Appellant**

**V.**

**THE AMERICAN ARBITRATION ASSOCIATION, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00255-B**

---

## ORDER

We **GRANT** appellant's June 12, 2013 unopposed motion for an extension of time to file his brief. Appellant shall file his brief on or before July 15, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE